# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137409(86)

LINDA SHEMBER,
      Plaintiff-Appellant,

v

UNIVERSITY OF MICHIGAN MEDICAL
CENTER, UNIVERSITY OF MICHIGAN
BOARD OF REGENTS, UNIVERSITY OF
MICHIGAN HOSPITAL & HEALTH
CENTERS, and UNIVERSITY OF
MICHIGAN HEALTH SYSTEM,
      Defendants,

and

PIA MALY SUNDGREN, ANTHONY
D'AMICO, STEVEN KRONICK, JOHN N.
SHENK, SONJA KRAFCIK, CAROL R.
BRADFORD, M.D., DALE EKBOM, M.D.,
JAMES A. FREER, M.D., and PAUL
DEFLORIO, M.D.,
      Defendants-Appellees.

_____/

SC: 137409
COA: 276515
Washtenaw CC: 06-000080-NH

On order of the Court, the motion for reconsideration of this Court's October 21, 2009 order is considered, and it is GRANTED. On reconsideration, we MODIFY our order dated October 21, 2009, so as to clarify that it VACATES the part of the Court of Appeals opinion that affirms the February 5, 2007, order of the Washtenaw Circuit Court granting summary disposition to defendants Bradford, Ekbom, Freer, and DeFlorio and VACATES that order of the circuit court. In all other respects, this Court's order of October 21, 2009, remains in effect.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010

*Corbin R. Davis*
Clerk

y0125